UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) TAG/ICIB Services, Inc. as agent for Trailer Bridge, Inc.

CIVIL NO. 98-2253 (DRD)

v.

Defendant(s) Mon Amadus et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 9 | ☒ GRANTED. |
| Date: Oct / 28 / 1999. | ☐ DENIED. |
| Title: Motion for withdrawal of legal representation | ☐ MOOT. |
| | ☐ NOTED. |
| Mr. Carlos C. Santiago is Relieved. Enrique Peral Esq is to be Notified henceforth as counsel of record for plaintiff | |

RECEIVED AND FILED
99 NOV 19 AM 7:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 11/16/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE